SCHLIMPER, Appellant, *v.* HERRMAN, Respondent.

(*Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from third district court.

Argued before BISCHOFF and PRYOR, JJ.

*H. J. Hindes,* for appellant.   *Howe & Hummel,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

MOLOUGHNEY, Respondent, *v.* KELLY, Appellant.

(*Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from eighth district court.

Argued before BISCHOFF and PRYOR, JJ.

*J. C. de la Mare,* for appellant.   *Clute & Cobb,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

ROBERTS, Respondent, *v.* CHISOLM, Appellant.

(*Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from sixth district court.

Argued before BISCHOFF and PRYOR, JJ.

*H. W. Unger,* for appellant.   *W. Thorp,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

FLYNN, Respondent, *v.* MANCHESTER, Appellant.

(*Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from second district court.

Argued before BISCHOFF and PRYOR, JJ.

*Howe & Hummel,* for appellant.   *J. Callahan,* for respondent.

No opinion.   Judgment reversed, new trial ordered, costs to abide event.

---

STAFFORD, Respondent, *v.* DIAMOND, Appellant.

(*Common Pleas of New York City and County, General Term.* February 27, 1891.)

Appeal from eleventh district court.

Argued before BISCHOFF and PRYOR, JJ.

*H. W. Grundale,* for respondent.

No opinion.   Ordered that the judgment be reversed, new trial ordered, costs to abide the event.

---

DONOVAN, Respondent, *v.* O'ROURKE, Appellant.

(*Common Pleas of New York City and County, General Term.* February 26, 1891.)

Appeal from tenth district court.

Argued before BISCHOFF and PRYOR, JJ.

*W. F. Browne,* for appellant.   *Goff & Pollock,* for respondent.

No opinion.   Judgment affirmed, with costs.

---

BABCOCK, Respondent, *v.* ELKINS *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.* February 26, 1891.)

Appeal from ninth district court.

Argued before BISCHOFF and PRYOR, JJ.

*J. D. Hallen,* for appellants.   *Wm. K. Hall,* for respondent.

No opinion.   Final order affirmed, with costs.